1  ROBERT DAVID BAKER, INC.
   Robert David Baker, Esq. (87314)
2  1611 The Alameda
   San Jose, CA 95126
3  (408) 292-8555
4
   Attorney for Plaintiff
5  BENNY DELA PENA
6
7              IN THE UNITED STATES DISTRICT
8              NORTHERN CALIFORNIA DISTRICT
9
10 BENNY DELA PENA,                Case No. C05-CV-04650 JW
11            Plaintiff,            STIPULATION FOR
                                    DISMISSAL OF ACTION
12   vs.
                                    [FRCP 41(a)(1)(ii)]
13 HILTON HOTELS CORPORATION,
14           Defendant.
15
16   Pursuant to FRCP41 (a)(1)(ii), it is hereby stipulated that the above entitled matter is
17 dismissed with prejudice.
18   IT IS SO STIPULATED.
19
20 Dated: November 12, 2006
21
22 _____
   Robert David Baker, Esq.
23 Attorney for Plaintiff
24
                 December
25 Dated: November 1, 2006
26
27 _____
   Shane K. Anderies, Esq.
28 Attorney for Defendant

**GRANTED**
*Judge James Ware*